

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00106-CR

---

RANDALL WAYNE RUSSELL                                        APPELLANT

V.

THE STATE OF TEXAS                                                STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Randall Wayne Russell attempts to appeal from his conviction and two-year sentence for theft of material—fifty percent aluminum, bronze, or copper under $20,000.  *See* Tex. Penal Code Ann. § 31.03(e)(4)(F) (West Supp. 2013).  The trial court's certification states that this is a plea-bargain case, and the defendant has no right of appeal.  On March 20, 2014, we notified Appellant

---

[1]*See* Tex. R. App. P. 47.4.

that this appeal was subject to dismissal unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3.

Appellant responded and contended that his plea was coerced, that his attorney did "not have [his] best interest at heart," and that his due process rights were violated. There is no showing that Appellant's sentence exceeded the State's recommendation, that Appellant desires to appeal a matter that was raised by written motion filed and ruled on before trial, or that the trial court granted Appellant permission to appeal. *See* Tex R. App. P. 25.2(a)(2). Thus, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL: GABRIEL, J; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 15, 2014

2